UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAURIE HOBSON,<br>       Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., a South Dakota corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation, dba FREDDIE MAC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; AND DOES 1-10 as individuals or entities with an interest in the property commonly known as:<br><br>3945 S. Oak Brook Way, Boise, Idaho 83706<br><br>       Defendant. | Case No. 1:11-cv-00196-BLW<br><br>**AMENDED ORDER** |

**ORDER**

In accordance with the Court's Memorandum Decision and Order entered on

February 15, 2012 (Dkt. 16), **IT IS ORDERED that** the Motion for Summary Judgment

filed by Defendants Wells Fargo Bank, N.A.; Federal Home Loan Mortgage Corporation,

dba Freddie Mac; and Mortgage Electronic Registration Systems, Inc. (Dkt. 8) is

GRANTED.



DATED: April 3, 2012

B. Lynn Winmill
Chief Judge
United States District Court